UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| NORMA FAYE PYLES LYNCH FAMILY PURPOSE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:16-00025 |
| CITY OF COOKEVILLE, TENNESSEE, acting through the City Council and the Planning Commission, and PUTNAM COUNTY, TENNESSEE, | ) ) ) ) ) | Judge Sharp |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Plaintiff Norma Faye Pyles Lynch Family Purpose, LLC's Motion to Remand (Docket No. 21) is hereby GRANTED, but its request for attorney's fees is DENIED. This case is hereby REMANDED to the Circuit Court of Putnam County, Tennessee. With these rulings, the Motions for Summary Judgment filed by Defendants City of Cookeville (Docket No. 3) and Putnam County (Docket No. 17) are hereby DENIED AS MOOT.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE